UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:14-CV-62850-BB

WALLACE MOSLEY, a minor
by and through his co-guardians,
ROSLYN WEAVER & DINA CELLINI, ESQ.,

    Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFF'S MOTION COMPELLING DEPOSITION DATES FOR REMAINING PROGRESSIVE PERSONNEL WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff, WALLACE MOSLEY, a minor by and through his co-guardians, ROSLYN WEAVER & DINA CELLINI, ESQ., through the undersigned attorneys, pursuant to the Federal Rules of Civil Procedure 30 and 37, moves the magistrate court to order the Defendant to produce for deposition on or before August 10, 2018 its claims personnel and in support states:

1.    This insurance bad faith case arises from judgments totaling over $22 million dollars against Progressive's insured and handling of the claims against its insured Earl Lloyd.

2.    The Court entered its Order Setting Trial and Pre-Trial Schedule on January 24, 2018. (Doc. 29). The Order provided for a discovery deadline of August 10, 2018, and an expert disclosure deadline of July 13, 2018. The Parties initially set the depositions of the underlying claimant attorneys, the plaintiff, the insured and the Progressive Claims personnel for the week of April 16, 2018. In early April, Progressive counsel advised that while they could proceed with the depositions of the "plaintiff" witnesses, Progressive counsel could not attend the "Progressive" depositions until late May 2018.

3. Given the effect and prejudice this delay would cause, the parties jointly moved to extend the discovery and expert report deadlines, which the court granted by order dated May 9, 2018, amending the Trial and Pre-Trial Schedule. (Doc. 59).

4. The Progressive Claim Adjuster, Claim Manager, and Claims Counsel were set for deposition on May 31 and June 1, 2018, the earliest date that Progressive and its counsel could accommodate. At the commencement of the May 31, 2018 deposition, Progressive counsel advised that the Progressive Claims Legal counsel who was involved in this claim during the period at issue was unavailable as her child was graduating from high school that evening, and was then departing on family vacation. Progressive counsel offered to produce the witness on June 22, 2018.

5. On June 13, 2018, Progressive counsel advised that due to a calendaring error, the witness would not be back from vacation until later in June. Plaintiff counsel offered to set that witness and the Progressive Corporate Representative for deposition during the weeks of June 25, July 2, July 9, and July 16, 2018. Progressive counsel in a June 15, 2018 attached email advised they were available for depositions on August 1, 2, 7, 8, 9, and 10, 2018, and later from August 28 to August 31; but was unable to accommodate depositions in July as lead counsel was specially set for trial from July 16, 2018 through July 27, 2018 in a case in Duval County, Florida. See Attachment 1.

6. Due to Progressive counsel's unavailability in July to complete the Progressive personnel depositions in this case, the Parties' again jointly moved to extend the expert report deadline from August 3, 2018 to August 17, 2018 in order that Plaintiff's experts would have the necessary depositions to complete their required reports. See ECF 84. The Court granted the extension. See ECF 86. Plaintiff's counsel advised that given the brief extension of time, it was

imperative that Progressive produce the following Progressive personnel, which Plaintiff had previously requested dates. See Attachment 2- Email dated June 21, 2018:

    a. Cynthia Salomone – Progressive employee: August 1, 2018 (date just provided);

    b. Progressive Corp. Rep: August 1 or 2, 2018;

    c. Claudia Barandarian - Progressive Employee: August 1-10, 2018;

    d. Margot Roberts, - Progressive Claim Rep: August 1-10, 2018;

    e. Gary Feuerstein, Esq. - Progressive Claims: August 1-10, 2018;

    f. Robert Flayman, Esq. – former Progressive Legal: August 1-10, 2018.

    7. Notwithstanding the Plaintiff's cooperation and accommodations to defense counsel, Progressive continues to be mostly non-responsive to Plaintiff's multiple requests to produce Progressive claims personnel sufficiently in advance of the new August 17, 2018 expert report deadline such that Plaintiff's experts will be able to review same and timely complete their respective expert witness reports. Progressive has now offered to produce Cynthia Salomone, Esq. on August 1, 2018, as requested by Plaintiff's counsel, and that date should be court ordered. Further, despite multiple requests Progressive has not offered any dates for it remaining employees, and former employee, listed above.

    8. The court has granted two extensions of time due to defense counsel's unavailability for depositions. Plaintiff has at all times been available to complete these depositions in April, May, June, and July, 2018. Fed. R. Civ. Proc. 30 provides for the taking of depositions. Rule 37 authorizes a party to move to compel discovery, including with respect to depositions. In order to ensure there are no further delays in completing these Progressive personnel depositions, Plaintiff requests this magistrate court enter an Order setting the remaining Progressive Claims personnel so that all are set to occur on or before August 10, 2018.

WHEREFORE, WALLACE MOSLEY, a minor by and through his co-guardians, ROSLYN WEAVER & DINA CELLINI, ESQ, respectfully request the entry of an Order compelling the depositions of Progressive's employees (and one former employee) and setting the dates as sought above.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Plaintiff's counsel certifies he has conferred with PROGRESSIVE counsel regarding this motion on June 25, 2018 who advised Progressive is working on providing dates, but as of the filing of this motion cannot offer dates other than Cynthia Salomone on August 1, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> MANDINA & GINSBERG, LLP
> Laurel Court - Suite 107
> 15500 New Barn Road
> Miami Lakes, FL 33014
> Telephone (305) 358-1181
> Facsimile (305) 231-7900
>
> By: s/Marc R. Ginsberg_____
> MARC R. GINSBERG
> Florida Bar No. 333336
> marcginsberg@mg-trial attorneys.com
> Co-counsel for Plaintiff